**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Miss Elegant Elliot Offen,<br><br>                  Debtor. | Chapter 7<br><br>Case No. 24-10069 (JPM) |

### ORDER DENYING EMERGENCY MOTION TO REOPEN

Upon consideration of the Debtor's *Emergency Motion to Reopen Chapter 7 Case* (the "**Motion**") filed on June 26, 2024 (Docket No. 34), and following a hearing on the Motion held on June 27, 2024 (the "**Hearing**") where the Court heard arguments of the parties, and for the reasons stated on the record at the Hearing, it is hereby

ORDERED that the Motion is DENIED.

Dated: June 28, 2024
New York, New York

                                                    /S/ John P. Mastando III
                                                  HONORABLE JOHN P. MASTANDO III
                                                  UNITED STATES BANKRUPTCY JUDGE